UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES OSBORNE and PATRICIA OSBORNE, <br><br> Plaintiffs, <br><br> v. <br><br> SIERRA PACIFIC INDUSTRIES, INC., et al., <br><br> Defendants. | CASE NO. C24-1018 MJP <br><br> ORDER DENYING MOTION TO CONTINUE TRIAL AND CASE SCHEDULE |

This matter comes before the Court on the Parties' Stipulated Motion for Trial Continuance and For Issuance of Amended Case Scheduling Order. (Dkt. No. 14.) Having reviewed the Motion and all supporting materials, the Court DENIES the Motion. As the Parties are aware, Rule 16(b)(4) requires good cause to amend the Court's case schedule. Here, the Parties ask for a six month extension of the trial date and pretrial deadlines because: (1) it will allow for "continued discovery"; (2) Plaintiffs may wish to join additional parties; (3) no requests to extend have been filed; and (4) the Parties might use the additional time to engage in

1  settlement discussions. None of these reasons forms the basis of good cause. First, discovery in
2  this case does not end until May 19, 2025, and the Parties have not explained why they cannot
3  complete discovery in the remaining time allotted. They say nothing about what discovery has
4  been conducted and what specific discovery cannot be completed before May 19, 2025. Second,
5  to the extent Plaintiffs wish to add new parties, they have not indicated any reason why the Court
6  should extend this deadline which already expired on November 29, 2024. The mere possibility
7  of adding new parties is not a basis to extend the expired deadline. Third, the Court is disinclined
8  to extend any case deadline to indulge the Parties' desire to engage in settlement negotiations.
9  The Court strongly believes that deadlines settle cases, not extensions. And with a trial date in
10 October, there is ample time for the Parties to negotiate a settlement this matter without
11 extending any case deadline.

    On the record presented, the Court DENIES the Motion without prejudice. Should the Parties renew their request, it must be supported by evidence of their diligence and specific reasons why they cannot meet the case deadlines.

    The clerk is ordered to provide copies of this order to all counsel.

    Dated February 5, 2025.

                                            Marsha J. Pechman
                                            United States Senior District Judge