**HONORABLE MARSHA J. PECHMAN**

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| JAMES OSBORNE and PATRICIA OSBORNE, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>SIERRA PACIFIC INDUSTRIES, INC., a foreign profit corporation; "JOHN DOES" I-V, individually; and "JOHN DOE BUSINESS ENTITIES" I-V, jointly and severally,<br><br>Defendants. | NO. 2:24-CV-01018-MJP<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO CONDUCT DEPOSITION OF KURT STRANNE, P.E. AFTER DISCOVERY DEADLINE<br><br>**NOTED FOR CONSIDERATION:**<br>**June 6. 2025**<br>**(Same Day Motion)**<br><br>**Without Oral Argument** |

## ORDER

Based on the Joint Stipulated Motion for Leave to Conduct the Deposition of Kurt Stranne, P.E. After Discovery Deadline in this matter, IT IS HEREBY ORDERED that the deposition of Kurt Stranne, P.E. may be conducted on June 20, 2025, which is after the discovery cutoff.

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO CONDUCT DEPOSITION OF KURT STRANNE, P.E. - 1
(Case No. 2:24-CV-01018-MJP)

KIRKPATRICK SYMANSKI PARKER
A T T O R N E Y S   A T   L A W
6161 NE 175TH STREET, SUITE 203
KENMORE, WA 98028
(206) 629-5489  FAX (206) 629-2120

2012.003/Osborne v. Sierra Pacific C24-1018 Stip Order on Dep

DATED this 9th day of June, 2025.

*signature*

MARSHA J. PECHMAN
United States Senior District Judge

Presented by:

KIRKPATRICK SYMANSKI PARKER

By *s/ Dan R. Kirkpatrick*
   Dan Kirkpatrick        WSBA #38674
   David Ringold         WSBA #56756
   Attorneys for Defendant Sierra Pacific Industries, Inc.

Copy Received, Approved as to Form;
Notice of Presentation Waived:

By *s/ Cydney C. Webster*
   Cydney C. Webster      WSBA #23140
   Scott Shawver          WSBA#24048
   Attorneys for Plaintiffs James & Patricia Osborne

[PROPOSED] ORDER GRANTING STIPULATED MOTION
FOR LEAVE TO CONDUCT DEPOSITION OF KURT
STRANNE, P.E. - 2
(Case No. 2:24-CV-01018-MJP)

KIRKPATRICK SYMANSKI PARKER
ATTORNEYS AT LAW
6161 NE 175TH STREET, SUITE 203
KENMORE, WA 98028
(206) 629-5489  FAX (206) 629-2120

2012.003/Osborne v. Sierra Pacific C24-1018 Stip Order on Dep